**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John V. Rivera Jr.                                CHAPTER 13
                     Debtor(s)

                                                         BKY. NO. 25-13326 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ Matthew Fissel
                                                Matthew Fissel
                                                26 Aug 2025, 15:57:26, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322

Document ID: fcdd08d13b3bec2bff356850ba33d81bd81f422c521e9412058b57f47ee02ef6