# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  JOHN RIVERA | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | NO. 25-13326 |

## **ORDER**

AND NOW, this   4th       day of  September, 2025, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **September 15, 2025** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
J. PATRICIA M. MAYER
U.S. Bankruptcy Judge