

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | | 236953 | 08/17/2025 | 08/30/2025 | 09/04/2025 | 1008240 |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,359.28 | 218.61 | 260.06 | 57.38 | 1,823.23 |
| YTD | 62,749.22 | 4,257.77 | 7,952.64 | 1,032.84 | 49,505.97 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| 1:1 NSP Evening | 08/17/2025 - 08/23/2025 | 3.4 | 24.72 | 84.05 | 55.4 | 1,369.52 | OASDI | 135.64 | 3,442.16 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 | Medicare | 31.72 | 805.02 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 | Federal Withholding | 0.00 | 1,368.82 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 | State Tax - PA | 67.17 | 1,704.42 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.46 | SUI-Colleague Paid - PA | 1.65 | 41.02 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 | City Tax - SLSBY | 21.88 | 555.20 |
| 1:1 Other Evening | | | 0 | | 22.2 | 548.81 | PA LST - SLSBY | 2.00 | 36.00 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.56 | | | |
| 1:1 Other OT Eveni | | | 0 | | 3.3 | 129.60 | | | |
| 1:1 Other OT | | | 0 | | 7.6 | 286.18 | | | |
| 1:1 Other | 08/17/2025 - 08/23/2025 | 0.7 | 22.89 | 16.03 | 16.8 | 384.58 | | | |
| 1:1 SP Evening | | | 0 | | 104 | 2,570.97 | | | |
| 1:1 SP Night | | | 0 | | 1 | 25.20 | | | |
| 1:1 SP OT Evening | 08/17/2025 - 08/23/2025 | 1.8 | 38.05 | 68.50 | 43.4 | 1,698.01 | | | |
| 1:1 SP OT Night | 08/17/2025 - 08/23/2025 | 0.2 | 38.509 | 7.71 | 0.9 | 35.43 | | | |
| 1:1 SP OT | | | 0 | | 33.5 | 1,249.00 | | | |
| 1:1 SP | | | 0 | | 93.2 | 2,133.43 | | | |
| Adjustment Health | | | 0 | | 0 | -1.50 | | | |
| Education Mandato | | | 0 | | 10.8 | 247.23 | | | |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 | | | |
| Emergency PTO | | | 0 | | 4 | 91.56 | | | |
| Expense Reimburse | | | 0 | | 0 | 4,144.87 | | | |
| Float Diff | 08/17/2025 - 08/23/2025 | 42.1 | 2 | 84.20 | | | | | |
| Float Diff | 08/24/2025 - 08/30/2025 | 45 | 2 | 90.00 | 1885.42 | 3,770.84 | | | |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 | | | |
| Furlough PTO | | | 0 | | 6 | 137.34 | | | |
| Holiday Wrkd OT Ev | | | 0 | | 4 | 156.00 | | | |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 | | | |
| Incentive Ancillary E | | | 0 | | 216.9 | 2,169.00 | | | |
| Incentive Ancillary | 08/17/2025 - 08/23/2025 | 6 | 5 | 30.00 | | | | | |
| Incentive Ancillary | 08/24/2025 - 08/30/2025 | 9 | 5 | 45.00 | 283.6 | 1,418.00 | | | |
| Meeting | | | 0 | | 2.6 | 59.52 | | | |
| Oncall | | | 0 | | 12 | 34.32 | | | |
| Overtime Evening | 08/17/2025 - 08/23/2025 | 0.1 | 38.05 | 3.82 | 206.1 | 8,065.51 | | | |
| Overtime Night | | | 0 | | 0.9 | 35.38 | | | |
| Overtime | | | 0 | | 110.1 | 4,125.96 | | | |
| PTO Evening | 08/17/2025 - 08/30/2025 | 8 | 24.72 | 197.76 | 64 | 1,582.08 | | | |
| PTO | 08/17/2025 - 08/30/2025 | 4 | 22.89 | 91.56 | 32 | 732.48 | | | |
| Regular Evening | 08/17/2025 - 08/23/2025 | 18.2 | 24.72 | 449.91 | | | | | |
| Regular Evening | 08/24/2025 - 08/30/2025 | 16 | 24.72 | 395.53 | 496.6 | 12,276.16 | | | |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|--------------|------------------|----------------|------------|--------------|
| John Rivera | Lehigh Valley Hospital | | 236953 | 08/03/2025 | 08/16/2025 | 08/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 432.46 | 0.00 | 0.00 | 0.00 | 432.46 |
| YTD | 60,389.94 | 4,039.16 | 7,692.58 | 975.46 | 47,682.74 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 | OASDI | 0.00 | 3,306.52 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 | Medicare | 0.00 | 773.30 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 | Federal Withholding | | 1,368.82 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 | State Tax - PA | | 1,637.25 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.46 | SUI-Colleague Paid - PA | 0.00 | 39.37 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 | City Tax - SLSBY | | 533.32 |
| 1:1 Other Evening | | | 0 | | 22.2 | 548.81 | PA LST - SLSBY | | 34.00 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.56 | | | |
| 1:1 Other OT Evenin | | | 0 | | 3.3 | 129.60 | | | |
| 1:1 Other OT | | | 0 | | 7.6 | 286.18 | | | |
| 1:1 Other | | | 0 | | 16.1 | 368.55 | | | |
| 1:1 SP Evening | | | 0 | | 104 | 2,570.97 | | | |
| 1:1 SP Night | | | 0 | | 1 | 25.20 | | | |
| 1:1 SP OT Evening | | | 0 | | 41.6 | 1,629.51 | | | |
| 1:1 SP OT Night | | | 0 | | 0.7 | 27.72 | | | |
| 1:1 SP OT | | | 0 | | 33.5 | 1,249.00 | | | |
| 1:1 SP | | | 0 | | 93.2 | 2,133.43 | | | |
| Adjustment Health | | | 0 | | 0 | -1.50 | | | |
| Education Mandator | | | 0 | | 10.8 | 247.23 | | | |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 | | | |
| Emergency PTO | | | 0 | | 4 | 91.56 | | | |
| Expense Reimburse | 08/03/2025 - 08/16/2025 | 0 | 0 | 432.46 | 0 | 4,144.87 | | | |
| Float Diff | | | 0 | | 1798.32 | 3,596.64 | | | |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 | | | |
| Furlough PTO | | | 0 | | 6 | 137.34 | | | |
| Holiday Wrkd OT Ev | | | 0 | | 4 | 156.00 | | | |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 | | | |
| Incentive Ancillary E | | | 0 | | 216.9 | 2,169.00 | | | |
| Incentive Ancillary | | | 0 | | 268.6 | 1,343.00 | | | |
| Meeting | | | 0 | | 2.6 | 59.52 | | | |
| Oncall | | | 0 | | 12 | 34.32 | | | |
| Overtime Evening | | | 0 | | 206 | 8,061.69 | | | |
| Overtime Night | | | 0 | | 0.9 | 35.38 | | | |
| Overtime | | | 0 | | 110.1 | 4,125.96 | | | |
| PTO Evening | | | 0 | | 56 | 1,384.32 | | | |
| PTO | | | 0 | | 28 | 640.92 | | | |
| Regular Evening | | | 0 | | 462.4 | 11,430.72 | | | |
| Regular Night | | | 0 | | 1.8 | 45.35 | | | |
| Regular | | | 0 | | 416.7 | 9,538.46 | | | |
| Sick Evening | | | 0 | | 29.22 | 722.32 | | | |

| Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | |
| Sick | | | | 0 | 16 | 366.24 | |
| Earnings | | | | 432.46 | | 60,389.94 | |

| | Amount | YTD |
|---|---|---|
| Employee Taxes | 0.00 | 7,692.58 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employee | | 1,125.02 |
| Benefits Comprehensive Dental Employee | | 527.00 |
| Benefits Vision Employee Buy Up Plan | | 165.92 |
| Benefits Flexible Spending Account Health | | 680.00 |
| LVHN Health Plan PPO - EE | | 1,541.22 |
| Pre Tax Deductions | 0.00 | 4,039.16 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Benefits Supplemental Life and ADD | | 250.92 |
| 403(b) Loan (Employee Loan 1) | | 724.54 |
| Post Tax Deductions | 0.00 | 975.46 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employer Match | | 562.54 |
| Benefits Basic Life Employer | | 21.93 |
| Benefits Long Term Disability | | 93.33 |
| LVHN Health Plan PPO - ER | | 11,901.19 |
| Benefits Short Term Disability | | 78.54 |
| Employer Paid Benefits | 0.00 | 12,657.53 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 0.00 | 53,330.93 |
| Medicare - Taxable Wages | 0.00 | 53,330.93 |
| Federal Withholding - Taxable Wages | 0.00 | 52,205.91 |
| State Tax Taxable Wages - PA | 0.00 | 53,330.93 |
| City Tax Taxable Wages - SLSBY | 0.00 | 53,330.93 |

| | Federal | State |
|---|---|---|
| | Head of Household | |
| Marital Status | | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | LVHN | ******7024 | | 432.46   USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | | Colleague ID | Pay Period Begin | | Pay Period End | | Check Date | | Check Number |
|---|---|---|---|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | | 236953 | 08/03/2025 | | 08/16/2025 | | 08/21/2025 | | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 6,092.58 | 293.28 | 1,234.67 | 57.38 | | 4,507.25 |
| YTD | | 59,957.48 | 4,039.16 | 7,692.58 | 975.46 | | 47,250.28 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.46 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 |
| 1:1 Other Evening | | | 0 | | 22.2 | 548.81 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.56 |
| 1:1 Other OT Evenin | | | 0 | | 3.3 | 129.60 |
| 1:1 Other OT | | | 0 | | 7.6 | 286.18 |
| 1:1 Other | | | 0 | | 16.1 | 368.55 |
| 1:1 SP Evening | 08/03/2025 – 08/09/2025 | 1.3 | 24.72 | 32.14 | 104 | 2,570.97 |
| 1:1 SP Night | | | 0 | | 1 | 25.20 |
| 1:1 SP OT Evening | | | 0 | | 41.6 | 1,629.51 |
| 1:1 SP OT Night | | | 0 | | 0.7 | 27.72 |
| 1:1 SP OT | | | 0 | | 33.5 | 1,249.00 |
| 1:1 SP | | | 0 | | 93.2 | 2,133.43 |
| Adjustment Health | | | 0 | | 0 | -1.50 |
| Education Mandator | | | 0 | | 10.8 | 247.23 |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 |
| Emergency PTO | | | 0 | | 4 | 91.56 |
| Expense Reimburse | | | 0 | | 0 | 3,712.41 |
| Float Diff | 08/03/2025 – 08/09/2025 | 81.2 | 2 | 162.40 | | |
| Float Diff | 08/10/2025 – 08/16/2025 | 82.5 | 2 | 165.00 | 1798.32 | 3,596.64 |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 |
| Furlough PTO | | | 0 | | 6 | 137.34 |
| Holiday Wrkd OT E | | | 0 | | 4 | 156.00 |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 |
| Incentive Ancillary E | 08/03/2025 – 08/09/2025 | 20.2 | 10 | 202.00 | | |
| Incentive Ancillary E | 08/10/2025 – 08/16/2025 | 16.5 | 10 | 165.00 | 216.9 | 2,169.00 |
| Incentive Ancillary | 08/03/2025 – 08/09/2025 | 23.1 | 5 | 115.50 | | |
| Incentive Ancillary | 08/10/2025 – 08/16/2025 | 28 | 5 | 140.00 | 268.6 | 1,343.00 |
| Meeting | | | 0 | | 2.6 | 59.62 |
| Oncall | | | 0 | | 12 | 34.32 |
| Overtime Evening | 08/03/2025 – 08/09/2025 | 23.2 | 39.62 | 919.20 | | |
| Overtime Evening | 08/10/2025 – 08/16/2025 | 24.4 | 39.465 | 962.97 | 206 | 8,061.69 |
| Overtime Night | 08/10/2025 – 08/16/2025 | 0.1 | 39.924 | 4.00 | 0.9 | 35.38 |
| Overtime | 08/03/2025 – 08/09/2025 | 18 | 37.79 | 680.22 | | |
| Overtime | 08/10/2025 – 08/16/2025 | 18 | 37.635 | 677.43 | 110.1 | 4,125.96 |
| PTO Evening | | | 0 | | 56 | 1,384.32 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 367.11 | 3,306.52 |
| Medicare | 85.86 | 773.30 |
| Federal Withholding | 534.45 | 1,368.82 |
| State Tax - PA | 181.78 | 1,637.25 |
| SUI-Colleague Paid - PA | 4.26 | 39.37 |
| City Tax - SLSBY | 59.21 | 533.32 |
| PA LST - SLSBY | 2.00 | 34.00 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| PTO | | | 0 | | 28 | 640.92 |
| Regular Evening | 08/03/2025 – 08/09/2025 | 19.4 | 24.72 | 479.58 | | |
| Regular Evening | 08/10/2025 – 08/16/2025 | 16 | 24.72 | 395.54 | 462.4 | 11,430.72 |
| Regular Night | 08/03/2025 – 08/09/2025 | 0.2 | 25.179 | 5.04 | 1.8 | 45.35 |
| Regular | 08/03/2025 – 08/09/2025 | 19.1 | 22.89 | 437.20 | | |
| Regular | 08/10/2025 – 08/16/2025 | 24 | 22.89 | 549.36 | 416.7 | 9,538.46 |
| Sick Evening | | | 0 | | 29.22 | 722.32 |
| Sick | | | 0 | | 16 | 366.24 |
| Earnings | | | | 6,092.58 | | 59,957.48 |

| Employee Taxes | 1,234.67 | 7,692.58 |
|---|---|---|

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employee | 121.86 | 1,125.02 |
| Benefits Comprehensive Dental Employee | 31.00 | 527.00 |
| Benefits Vision Employee Buy Up Plan | 9.76 | 165.92 |
| Benefits Flexible Spending Account Health | 40.00 | 680.00 |
| LVHN Health Plan PPO - EE | 90.66 | 1,541.22 |
| Pre Tax Deductions | 293.28 | 4,039.16 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Benefits Supplemental Life and ADD | 14.76 | 250.92 |
| 403(b) Loan (Employee Loan 1) | 42.62 | 724.54 |
| Post Tax Deductions | 57.38 | 975.46 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employer Match | 60.93 | 562.54 |
| Benefits Basic Life Employer | 1.29 | 21.93 |
| Benefits Long Term Disability | 5.49 | 93.33 |
| LVHN Health Plan PPO - ER | 700.07 | 11,901.19 |
| Benefits Short Term Disability | 4.62 | 78.54 |
| Employer Paid Benefits | 772.40 | 12,657.53 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 5,921.16 | 53,330.93 |
| Medicare - Taxable Wages | 5,921.16 | 53,330.93 |
| Federal Withholding - Taxable Wages | 5,799.30 | 52,205.91 |
| State Tax Taxable Wages - PA | 5,921.16 | 53,330.93 |
| City Tax Taxable Wages - SLSBY | 5,921.16 | 53,330.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Amount |
| TD Bank | LVHN | | ******7024 | | 4,507.25   USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | 236953 | 07/20/2025 | 08/02/2025 | 08/07/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 708.34 | 0.00 | 0.00 | 0.00 | 708.34 |
| YTD | 53,864.90 | 3,745.88 | 6,457.91 | 918.08 | 42,743.03 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 |
| 1:1 NSP OT Evenin | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT Night | | | 0 | | 4.2 | 156.46 |
| 1:1 NSP OT | | | 0 | | 32.2 | 737.09 |
| 1:1 NSP | | | 0 | | 22.2 | 548.81 |
| 1:1 Other Evening | | | 0 | | 0.3 | 7.56 |
| 1:1 Other Night | | | 0 | | 3.3 | 129.60 |
| 1:1 Other OT Evenin | | | 0 | | 7.6 | 286.18 |
| 1:1 Other OT | | | 0 | | 16.1 | 368.55 |
| 1:1 Other | | | 0 | | 102.7 | 2,538.83 |
| 1:1 SP Evening | | | 0 | | 1 | 25.20 |
| 1:1 SP Night | | | 0 | | 41.6 | 1,629.51 |
| 1:1 SP OT Evening | | | 0 | | 0.7 | 27.72 |
| 1:1 SP OT Night | | | 0 | | 33.5 | 1,249.00 |
| 1:1 SP OT | | | 0 | | 93.2 | 2,133.43 |
| 1:1 SP | | | 0 | | 0 | -1.50 |
| Adjustment Health | | | 0 | | 10.8 | 247.23 |
| Education Mandator | | | 0 | | 8 | 197.76 |
| Emergency PTO Ev | | | 0 | | 4 | 91.56 |
| Emergency PTO | | | 0 | | 0 | 3,712.41 |
| Expense Reimburs | 07/20/2025 – 08/02/2025 | 0 | 0 | 708.34 | 0 | 3,712.41 |
| Float Diff | | | 0 | | 1634.62 | 3,269.24 |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 |
| Furlough PTO | | | 0 | | 6 | 137.34 |
| Holiday Wrkd OT Ev | | | 0 | | 4 | 156.00 |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 |
| Incentive Ancillary E | | | 0 | | 180.2 | 1,802.00 |
| Incentive Ancillary | | | 0 | | 217.5 | 1,087.50 |
| Meeting | | | 0 | | 2.6 | 59.52 |
| Oncall | | | 0 | | 12 | 34.32 |
| Overtime Evening | | | 0 | | 158.4 | 6,179.52 |
| Overtime Night | | | 0 | | 0.8 | 31.38 |
| Overtime | | | 0 | | 74.1 | 2,768.31 |
| PTO Evening | | | 0 | | 56 | 1,384.32 |
| PTO | | | 0 | | 28 | 640.92 |
| Regular Evening | | | 0 | | 427 | 10,555.60 |
| Regular Night | | | 0 | | 1.6 | 40.31 |
| Regular | | | 0 | | 373.6 | 8,551.90 |
| Sick Evening | | | 0 | | 29.22 | 722.32 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 2,939.41 |
| Medicare | 0.00 | 687.44 |
| Federal Withholding | | 834.37 |
| State Tax - PA | | 1,455.47 |
| SUI-Colleague Paid - PA | 0.00 | 35.11 |
| City Tax - SLSBY | | 474.11 |
| PA LST - SLSBY | | 32.00 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Sick | | 0 | | | 16 | 366.24 |
| Earnings | | | | 708.34 | | 53,864.90 |

| Employee Taxes | | |
|---|---|---|
| | 0.00 | 6,457.91 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employee | | 1,003.16 |
| Benefits Comprehensive Dental Employee | | 496.00 |
| Benefits Vision Employee Buy Up Plan | | 156.16 |
| Benefits Flexible Spending Account Health | | 640.00 |
| LVHN Health Plan PPO - EE | | 1,450.56 |
| Pre Tax Deductions | 0.00 | 3,745.88 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Benefits Supplemental Life and ADD | | 236.16 |
| 403(b) Loan (Employee Loan 1) | | 681.92 |
| Post Tax Deductions | 0.00 | 918.08 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employer Match | | 501.61 |
| Benefits Basic Life Employer | | 20.64 |
| Benefits Long Term Disability | | 87.84 |
| LVHN Health Plan PPO - ER | | 11,201.12 |
| Benefits Short Term Disability | | 73.92 |
| Employer Paid Benefits | 0.00 | 11,885.13 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 0.00 | 47,409.77 |
| Medicare - Taxable Wages | 0.00 | 47,409.77 |
| Federal Withholding - Taxable Wages | 0.00 | 46,406.61 |
| State Tax Taxable Wages - PA | 0.00 | 47,409.77 |
| City Tax Taxable Wages - SLSBY | 0.00 | 47,409.77 |

| | Federal | State |
|---|---|---|
| | Head of Household | |
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | LVHN | ******7024 | | 708.34  USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | 236953 | 07/20/2025 | 08/02/2025 | 08/07/2025 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 5,524.18 | 281.91 | 1,033.98 | 57.38 | 4,150.91 |
| YTD | | 53,156.56 | 3,745.88 | 6,457.91 | 918.08 | 42,034.69 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.46 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 |
| 1:1 Other Evening | | | 0 | | 22.2 | 548.81 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.58 |
| 1:1 Other OT Eveni | 07/20/2025 - 07/26/2025 | 1.3 | 39.53 | 51.40 | 3.3 | 129.60 |
| 1:1 Other OT | | | 0 | | 7.6 | 286.18 |
| 1:1 Other | | | 0 | | 16.1 | 368.55 |
| 1:1 SP Evening | 07/20/2025 - 07/26/2025 | 6 | 24.72 | 148.32 | | |
| 1:1 SP Evening | 07/27/2025 - 08/02/2025 | 1.8 | 24.72 | 44.50 | 102.7 | 2,538.83 |
| 1:1 SP Night | | | 0 | | 1 | 25.20 |
| 1:1 SP OT Evening | 07/20/2025 - 07/26/2025 | 3.1 | 39.53 | 122.56 | | |
| 1:1 SP OT Evening | 07/27/2025 - 08/02/2025 | 9.2 | 39.22 | 360.83 | 41.6 | 1,629.51 |
| 1:1 SP OT Night | 07/27/2025 - 08/02/2025 | 0.1 | 39.679 | 3.97 | 0.7 | 27.72 |
| 1:1 SP OT | 07/27/2025 - 08/02/2025 | 6.5 | 37.39 | 243.04 | 33.5 | 1,249.00 |
| 1:1 SP | 07/20/2025 - 07/26/2025 | 2.1 | 22.89 | 48.07 | 93.2 | 2,133.43 |
| Adjustment Health | | | 0 | | 0 | -1.50 |
| Education Mandato | | | 0 | | 10.8 | 247.23 |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 |
| Emergency PTO | | | 0 | | 4 | 91.56 |
| Expense Reimburse | | | 0 | | 0 | 3,004.07 |
| Float Diff | 07/20/2025 - 07/26/2025 | 76.3 | 2 | 152.60 | | |
| Float Diff | 07/27/2025 - 08/02/2025 | 76 | 2 | 152.00 | 1634.62 | 3,269.24 |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 |
| Furlough PTO | | | 0 | | 6 | 137.34 |
| Holiday Wrkd OT E | | | 0 | | 4 | 156.00 |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 |
| Incentive Ancillary E | 07/20/2025 - 07/26/2025 | 16.9 | 10 | 169.00 | | |
| Incentive Ancillary E | 07/27/2025 - 08/02/2025 | 15 | 10 | 150.00 | 180.2 | 1,802.00 |
| Incentive Ancillary | 07/20/2025 - 07/26/2025 | 23.5 | 5 | 117.50 | | |
| Incentive Ancillary | 07/27/2025 - 08/02/2025 | 18.1 | 5 | 90.50 | 217.5 | 1,087.50 |
| Meeting | | | 0 | | 2.6 | 59.52 |
| Oncall | | | 0 | | 12 | 34.32 |
| Overtime Evening | 07/20/2025 - 07/26/2025 | 18.5 | 39.53 | 731.32 | | |
| Overtime Evening | 07/27/2025 - 08/02/2025 | 13.8 | 39.22 | 541.24 | 158.4 | 6,179.52 |
| Overtime Night | 07/27/2025 - 08/02/2025 | 0.2 | 39.679 | 7.94 | 0.8 | 31.38 |
| Overtime | 07/20/2025 - 07/26/2025 | 13.4 | 37.7 | 505.19 | | |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 331.88 | 2,939.41 |
| Medicare | 77.61 | 687.44 |
| Federal Withholding | 400.76 | 834.37 |
| State Tax - PA | 164.33 | 1,455.47 |
| SUI-Colleague Paid - PA | 3.87 | 35.11 |
| City Tax - SLSBY | 53.53 | 474.11 |
| PA LST - SLSBY | 2.00 | 32.00 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Overtime | 07/27/2025 - 08/02/2025 | 6.2 | 37.39 | 231.82 | 74.1 | 2,768.31 |
| PTO Evening | | | 0 | | 56 | 1,384.32 |
| PTO | | | 0 | | 28 | 640.92 |
| Regular Evening | 07/20/2025 - 07/26/2025 | 11.9 | 24.72 | 294.18 | | |
| Regular Evening | 07/27/2025 - 08/02/2025 | 14.2 | 24.72 | 351.03 | 427 | 10,555.60 |
| Regular Night | | | 0 | | 1.6 | 40.31 |
| Regular | 07/20/2025 - 07/26/2025 | 20 | 22.89 | 457.81 | | |
| Regular | 07/27/2025 - 08/02/2025 | 24 | 22.89 | 549.36 | 373.6 | 8,551.90 |
| Sick Evening | | | 0 | | 29.22 | 722.32 |
| Sick | | | 0 | | 16 | 366.24 |
| **Earnings** | | | | **5,524.18** | | **53,156.56** |

| | Amount | YTD |
|---|---|---|
| Employee Taxes | 1,033.98 | 6,457.91 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 110.49 | 1,003.16 |
| Benefits Comprehensive Dental Employee | 31.00 | 496.00 |
| Benefits Vision Employee Buy Up Plan | 9.76 | 156.16 |
| Benefits Flexible Spending Account Health | 40.00 | 640.00 |
| LVHN Health Plan PPO - EE | 90.66 | 1,450.56 |
| **Pre Tax Deductions** | **281.91** | **3,745.88** |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 14.76 | 236.16 |
| 403(b) Loan (Employee Loan 1) | 42.62 | 681.92 |
| **Post Tax Deductions** | **57.38** | **918.08** |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 55.25 | 501.61 |
| Benefits Basic Life Employer | 1.29 | 20.64 |
| Benefits Long Term Disability | 5.49 | 87.84 |
| LVHN Health Plan PPO - ER | 700.07 | 11,201.12 |
| Benefits Short Term Disability | 4.62 | 73.92 |
| **Employer Paid Benefits** | **766.72** | **11,885.13** |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,352.76 | 47,409.77 |
| Medicare - Taxable Wages | 5,352.76 | 47,409.77 |
| Federal Withholding - Taxable Wages | 5,242.27 | 46,406.61 |
| State Tax Taxable Wages - PA | 5,352.76 | 47,409.77 |
| City Tax Taxable Wages - SLSBY | 5,352.76 | 47,409.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | LVHN | ******7024 | | 4,150.91  USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | 236953 | 07/06/2025 | 07/19/2025 | 07/24/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 39.20 | 0.00 | 0.00 | 0.00 | 39.20 |
| YTD | 47,632.38 | 3,463.97 | 5,423.93 | 860.70 | 37,883.78 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 152.35 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.49 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 |
| 1:1 Other Evening | | | 0 | | 22.2 | 548.81 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.56 |
| 1:1 Other OT Evenin | | | 0 | | 2 | 78.20 |
| 1:1 Other OT | | | 0 | | 7.6 | 286.18 |
| 1:1 Other | | | 0 | | 16.1 | 368.55 |
| 1:1 SP Evening | | | 0 | | 94.9 | 2,346.01 |
| 1:1 SP Night | | | 0 | | 1 | 25.20 |
| 1:1 SP OT Evening | | | 0 | | 29.3 | 1,146.12 |
| 1:1 SP OT Night | | | 0 | | 0.6 | 23.75 |
| 1:1 SP OT | | | 0 | | 27 | 1,005.96 |
| 1:1 SP | | | 0 | | 91.1 | 2,085.36 |
| Adjustment Health | | | 0 | | 0 | -1.50 |
| Education Mandato | | | 0 | | 10.8 | 247.23 |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 |
| Emergency PTO | | | 0 | | 4 | 91.56 |
| Expense Reimburse | 07/06/2025 - 07/19/2025 | 0 | | 39.20 | 0 | 3,004.07 |
| Float Diff | | | 0 | | 1482.32 | 2,964.64 |
| Furlough PTO Even | | | 0 | | 15.1 | 373.28 |
| Furlough PTO | | | 0 | | 6 | 137.34 |
| Holiday Wrkd OT Ev | | | 0 | | 4 | 156.00 |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 |
| Incentive Ancillary E | | | 0 | | 148.3 | 1,483.00 |
| Incentive Ancillary | | | 0 | | 175.9 | 879.50 |
| Meeting | | | 0 | | 2.6 | 59.52 |
| Oncall | | | 0 | | 12 | 34.32 |
| Overtime Evening | | | 0 | | 126.1 | 4,906.96 |
| Overtime Night | | | 0 | | 0.6 | 23.44 |
| Overtime | | | 0 | | 54.5 | 2,031.30 |
| PTO Evening | | | 0 | | 56 | 1,384.32 |
| PTO | | | 0 | | 28 | 640.92 |
| Regular Evening | | | 0 | | 400.9 | 9,910.39 |
| Regular Night | | | 0 | | 1.6 | 40.31 |
| Regular | | | 0 | | 329.6 | 7,544.73 |
| Sick Evening | | | 0 | | 29.22 | 722.32 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 2,607.53 |
| Medicare | 0.00 | 609.83 |
| Federal Withholding | | 433.61 |
| State Tax - PA | | 1,291.14 |
| SUI-Colleague Paid - PA | 0.00 | 31.24 |
| City Tax - SLSBY | | 420.58 |
| PA LST - SLSBY | | 30.00 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Sick | | 0 | | | 16 | 366.24 |
| Earnings | | | | 39.20 | | 47,632.38 |

| Employee Taxes | 0.00 | 5,423.93 |
|---|---|---|

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employee | | 892.67 |
| Benefits Comprehensive Dental Employee | | 465.00 |
| Benefits Vision Employee Buy Up Plan | | 146.40 |
| Benefits Flexible Spending Account Health | | 600.00 |
| LVHN Health Plan PPO - EE | | 1,359.90 |
| Pre Tax Deductions | 0.00 | 3,463.97 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Benefits Supplemental Life and ADD | | 221.40 |
| 403(b) Loan (Employee Loan 1) | | 639.30 |
| Post Tax Deductions | 0.00 | 860.70 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 403(b) Employer Match | | 446.36 |
| Benefits Basic Life Employer | | 19.35 |
| Benefits Long Term Disability | | 82.35 |
| LVHN Health Plan PPO - ER | | 10,501.05 |
| Benefits Short Term Disability | | 69.30 |
| Employer Paid Benefits | 0.00 | 11,118.41 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 0.00 | 42,057.01 |
| Medicare - Taxable Wages | 0.00 | 42,057.01 |
| Federal Withholding - Taxable Wages | 0.00 | 41,164.34 |
| State Tax Taxable Wages - PA | 0.00 | 42,057.01 |
| City Tax Taxable Wages - SLSBY | 0.00 | 42,057.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| TD Bank | LVHN | ******7024 | | 39.20 | USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | | 236953 | 07/06/2025 | 07/19/2025 | 07/24/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,310.81 | 237.64 | 372.25 | 57.38 | 2,643.54 |
| YTD | 47,593.18 | 3,463.97 | 5,423.93 | 860.70 | 37,844.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Night | | | 0 | | 3.9 | 152.35 |
| 1:1 NSP OT Evenin | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT Night | | | 0 | | 4.2 | 156.46 |
| 1:1 NSP OT | | | 0 | | 32.2 | 737.09 |
| 1:1 NSP | | 3.5 | 24.72 | 86.52 | 22.2 | 548.81 |
| 1:1 Other Evening | 07/13/2025 - 07/19/2025 | | 0 | | 0.3 | 7.56 |
| 1:1 Other Night | | 1 | 38.46 | 38.46 | 2 | 78.20 |
| 1:1 Other OT Evenin | 07/06/2025 - 07/12/2025 | 1.5 | 36.63 | 54.95 | 7.6 | 286.18 |
| 1:1 Other OT | 07/13/2025 - 07/19/2025 | 5.5 | 22.89 | 125.90 | 16.1 | 368.55 |
| 1:1 Other | 07/13/2025 - 07/19/2025 | 2.7 | 24.72 | 66.75 | 94.9 | 2,346.01 |
| 1:1 SP Evening | | | 0 | | 1 | 25.20 |
| 1:1 SP Night | | 4.2 | 38.46 | 161.54 | 29.3 | 1,146.12 |
| 1:1 SP OT Evening | 07/06/2025 - 07/12/2025 | | 0 | | 0.6 | 23.75 |
| 1:1 SP OT Night | | 4.1 | 36.63 | 150.19 | 27 | 1,005.96 |
| 1:1 SP OT | 07/06/2025 - 07/12/2025 | | 0 | | 91.1 | 2,085.36 |
| 1:1 SP | | | 0 | | 0 | -1.50 |
| Adjustment Health | | | 0 | | 10.8 | 247.23 |
| Education Mandator | | | 0 | | 8 | 197.76 |
| Emergency PTO Ev | | | 0 | | 4 | 91.56 |
| Emergency PTO | | | 0 | | 0 | 2,964.87 |
| Expense Reimburse | | | 0 | | | |
| Float Diff | 07/06/2025 - 07/12/2025 | 60.9 | 2 | 121.80 | | |
| Float Diff | 07/13/2025 - 07/19/2025 | 48 | 2 | 96.00 | 1482.32 | 2,964.64 |
| Furlough PTO Even | 07/06/2025 - 07/19/2025 | 11.6 | 24.72 | 286.76 | 15.1 | 373.28 |
| Furlough PTO | 07/06/2025 - 07/19/2025 | 6 | 22.89 | 137.34 | 6 | 137.34 |
| Holiday Wrkd OT Ev | | | 0 | | 4 | 156.00 |
| Holiday Wrkd OT | | | 0 | | 4.5 | 167.27 |
| Incentive Ancillary E | 07/06/2025 - 07/12/2025 | 7.7 | 10 | 77.00 | | |
| Incentive Ancillary E | 07/13/2025 - 07/19/2025 | 4.1 | 10 | 41.00 | 148.3 | 1,483.00 |
| Incentive Ancillary | 07/06/2025 - 07/12/2025 | 4.1 | 5 | 20.50 | | |
| Incentive Ancillary | 07/13/2025 - 07/19/2025 | 5.8 | 5 | 29.00 | 175.9 | 879.50 |
| Meeting | | | 0 | | 2.6 | 59.52 |
| Oncall | 07/13/2025 - 07/19/2025 | 12 | 2.86 | 34.32 | 12 | 34.32 |
| Overtime Evening | 07/06/2025 - 07/12/2025 | 7.5 | 38.46 | 288.45 | 126.1 | 4,906.96 |
| Overtime Night | | | 0 | | 0.6 | 23.44 |
| Overtime | 07/06/2025 - 07/12/2025 | 2.6 | 36.63 | 95.25 | 54.5 | 2,031.30 |
| PTO Evening | | | 0 | | 56 | 1,384.32 |
| PTO | | | 0 | | 28 | 640.92 |
| Regular Evening | 07/06/2025 - 07/12/2025 | 19.7 | 24.72 | 486.99 | | |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 194.64 | 2,607.53 |
| Medicare | 45.52 | 609.63 |
| Federal Withholding | 0.00 | 433.61 |
| State Tax - PA | 96.38 | 1,291.14 |
| SUI-Colleague Paid - PA | 2.32 | 31.24 |
| City Tax - SLSBY | 31.39 | 420.58 |
| PA LST - SLSBY | 2.00 | 30.00 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Regular Evening | 07/13/2025 - 07/19/2025 | 10.2 | 24.72 | 252.15 | 400.9 | 9,910.39 |
| Regular Night | 07/06/2025 - 07/12/2025 | 0.3 | 25.179 | 7.56 | 1.6 | 40.31 |
| Regular | 07/06/2025 - 07/12/2025 | 20 | 22.89 | 457.81 | | |
| Regular | 07/13/2025 - 07/19/2025 | 8.5 | 22.89 | 194.57 | 329.6 | 7,544.73 |
| Sick Evening | | 0 | | | 29.22 | 722.32 |
| Sick | | 0 | | | 16 | 366.24 |
| Earnings | | | | 3,310.81 | | 47,593.18 |

| | Amount | YTD |
|---|---|---|
| Employee Taxes | 372.25 | 5,423.93 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403(b) Employee | 66.22 | 892.67 | Benefits Supplemental Life and ADD | 14.76 | 221.40 |
| Benefits Comprehensive Dental Employee | 31.00 | 465.00 | 403(b) Loan (Employee Loan 1) | 42.62 | 639.30 |
| Benefits Vision Employee Buy Up Plan | 9.76 | 146.40 | | | |
| Benefits Flexible Spending Account Health | 40.00 | 600.00 | | | |
| LVHN Health Plan PPO - EE | 90.66 | 1,359.90 | | | |
| Pre Tax Deductions | 237.64 | 3,463.97 | Post Tax Deductions | 57.38 | 860.70 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403(b) Employer Match | 33.11 | 446.36 | OASDI - Taxable Wages | 3,139.39 | 42,057.01 |
| Benefits Basic Life Employer | 1.29 | 19.35 | Medicare - Taxable Wages | 3,139.39 | 42,057.01 |
| Benefits Long Term Disability | 5.49 | 82.35 | Federal Withholding - Taxable Wages | 3,073.17 | 41,164.34 |
| LVHN Health Plan PPO - ER | 700.07 | 10,501.05 | State Tax Taxable Wages - PA | 3,139.39 | 42,057.01 |
| Benefits Short Term Disability | 4.62 | 69.30 | City Tax Taxable Wages - SLSBY | 3,139.39 | 42,057.01 |
| Employer Paid Benefits | 744.58 | 11,118.41 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| TD Bank | LVHN | ******7024 | | 2,643.54 | USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | 236953 | 06/22/2025 | 07/05/2025 | 07/10/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 268.45 | 0.00 | 0.00 | 0.00 | 268.45 |
| YTD | 44,282.37 | 3,226.33 | 5,051.68 | 803.32 | 35,201.04 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | | 0 | 52 | 1,285.47 |
| 1:1 NSP Night | | | | 0 | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | | 0 | 3.9 | 152.35 |
| 1:1 NSP OT Evenin | | | | 0 | 0.3 | 11.87 |
| 1:1 NSP OT Night | | | | 0 | 4.2 | 156.46 |
| 1:1 NSP OT | | | | 0 | 32.2 | 737.09 |
| 1:1 NSP | | | | 0 | 18.7 | 462.29 |
| 1:1 Other Evening | | | | 0 | 0.3 | 7.56 |
| 1:1 Other Night | | | | 0 | 1 | 39.74 |
| 1:1 Other OT Evenin | | | | 0 | 6.1 | 231.23 |
| 1:1 Other OT | | | | 0 | 10.6 | 242.65 |
| 1:1 Other | | | | 0 | 92.2 | 2,279.26 |
| 1:1 SP Evening | | | | 0 | 1 | 25.20 |
| 1:1 SP Night | | | | 0 | 25.1 | 984.58 |
| 1:1 SP OT Evening | | | | 0 | 0.6 | 23.75 |
| 1:1 SP OT Night | | | | 0 | 22.9 | 855.77 |
| 1:1 SP OT | | | | 0 | 91.1 | 2,085.36 |
| 1:1 SP . | | | | 0 | 0 | -1.50 |
| Adjustment Health | | | | 0 | 10.8 | 247.23 |
| Education Mandator | | | | 0 | 8 | 197.76 |
| Emergency PTO Ev | | | | 0 | 4 | 91.56 |
| Emergency PTO | 06/22/2025 - 07/05/2025 | 0 | 0 | 268.45 | 0 | 2,964.87 |
| Expense Reimburse | | | | | 1373.42 | 2,746.84 |
| Float Diff | | | | 0 | 3.5 | 86.52 |
| Furlough PTO Even | | | | 0 | 4 | 156.00 |
| Holiday Wrkd OT Ev | | | | 0 | 4.5 | 167.27 |
| Holiday Wrkd OT | | | | 0 | 136.5 | 1,365.00 |
| Incentive Ancillary E | | | | 0 | 166 | 830.00 |
| Incentive Ancillary | | | | 0 | 2.6 | 59.52 |
| Meeting | | | | 0 | 118.6 | 4,618.51 |
| Overtime Evening | | | | 0 | 0.6 | 23.44 |
| Overtime Night | | | | 0 | 51.9 | 1,936.05 |
| Overtime | | | | 0 | 56 | 1,384.32 |
| PTO Evening | | | | 0 | 28 | 640.92 |
| PTO | | | | 0 | 371 | 9,171.25 |
| Regular Evening | | | | 0 | 1.3 | 32.75 |
| Regular Night | | | | 0 | 301.1 | 6,892.35 |
| Regular | | | | 0 | 29.22 | 722.32 |
| Sick Evening | | | | 0 | 16 | 366.24 |
| Sick | | | | | 268.45 | 44,282.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 2,412.89 |
| Medicare | 0.00 | 564.31 |
| Federal Withholding | | 433.61 |
| State Tax - PA | | 1,194.76 |
| SUI-Colleague Paid - PA | 0.00 | 28.92 |
| City Tax - SLSBY | | 389.19 |
| PA LST - SLSBY | | 28.00 |
| Employee Taxes | 0.00 | 5,051.68 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | | 826.45 |
| Benefits Comprehensive Dental Employee | | 434.00 |
| Benefits Vision Employee Buy Up Plan | | 136.84 |
| Benefits Flexible Spending Account Health | | 560.00 |
| LVHN Health Plan PPO - EE | | 1,269.24 |
| Pre Tax Deductions | 0.00 | 3,226.33 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | | 206.64 |
| 403(b) Loan (Employee Loan 1) | | 596.68 |
| Post Tax Deductions | 0.00 | 803.32 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | | 413.25 |
| Benefits Basic Life Employer | | 18.06 |
| Benefits Long Term Disability | | 76.86 |
| Benefits Short Term Disability | | 9,800.98 |
| LVHN Health Plan PPO - ER | | 64.68 |
| Employer Paid Benefits | 0.00 | 10,373.83 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 38,917.62 |
| Medicare - Taxable Wages | 0.00 | 38,917.62 |
| Federal Withholding - Taxable Wages | 0.00 | 38,091.17 |
| State Tax Taxable Wages - PA | 0.00 | 38,917.62 |
| City Tax Taxable Wages - SLSBY | 0.00 | 38,917.62 |

| | Federal | State |
|---|---|---|
| | Head of Household | |
| Marital Status | | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| | | Payment Information | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | LVHN | *****7024 | | 268.45    USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--------------|------------------|----------------|------------|--------------|
| John Rivera | Lehigh Valley Hospital | 236953 | 06/22/2025 | 07/05/2025 | 07/10/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,757.21 | 246.57 | 436.65 | 57.38 | 3,016.61 |
| YTD | 44,013.92 | 3,226.33 | 5,051.68 | 803.32 | 34,932.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| 1:1 NSP Evening | | | 0 | | 52 | 1,285.47 |
| 1:1 NSP Night | | | 0 | | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | 0 | | 3.9 | 192.35 |
| 1:1 NSP OT Night | | | 0 | | 0.3 | 11.87 |
| 1:1 NSP OT | | | 0 | | 4.2 | 156.46 |
| 1:1 NSP | | | 0 | | 32.2 | 737.09 |
| 1:1 Other Evening | | | 0 | | 18.7 | 462.29 |
| 1:1 Other Night | | | 0 | | 0.3 | 7.56 |
| 1:1 Other OT Eveni | | | 0 | | 1 | 39.74 |
| 1:1 Other OT | | | 0 | | 6.1 | 231.23 |
| 1:1 Other | | | 0 | | 10.6 | 242.65 |
| 1:1 SP Evening | 06/22/2025 – 06/28/2025 | 3.5 | 24.72 | 86.52 | | |
| 1:1 SP Evening | 06/29/2025 – 07/05/2025 | 9.8 | 24.72 | 242.26 | 92.2 | 2,279.26 |
| 1:1 SP Night | | | 0 | | 1 | 25.20 |
| 1:1 SP OT Evening | | | 0 | | 25.1 | 984.58 |
| 1:1 SP OT Night | | | 0 | | 0.6 | 23.75 |
| 1:1 SP OT | 06/29/2025 – 07/05/2025 | 2.2 | 37.17 | 81.78 | 22.9 | 855.77 |
| 1:1 SP | 06/22/2025 – 06/28/2025 | 3.1 | 22.89 | 70.96 | | |
| 1:1 SP | 06/29/2025 – 07/05/2025 | 2.7 | 22.89 | 61.81 | 91.1 | 2,085.36 |
| Adjustment Health | | | 0 | | 0 | -1.50 |
| Education Mandato | | | 0 | | 10.8 | 247.23 |
| Emergency PTO Ev | | | 0 | | 8 | 197.76 |
| Emergency PTO | | | 0 | | 4 | 91.56 |
| Expense Reimburse | | | 0 | | 0 | 2,696.42 |
| Float Diff | 06/22/2025 – 06/28/2025 | 43.9 | 2 | 87.80 | | |
| Float Diff | 06/29/2025 – 07/05/2025 | 73.7 | 2 | 147.40 | 1373.42 | 2,746.84 |
| Furlough PTO Even | 06/29/2025 – 07/05/2025 | 3.5 | 24.72 | 86.52 | 3.5 | 86.52 |
| Holiday Wrkd OT E | 06/29/2025 – 07/05/2025 | 4 | 39 | 156.00 | 4 | 156.00 |
| Holiday Wrkd OT | 06/29/2025 – 07/05/2025 | 4.5 | 37.17 | 167.27 | 4.5 | 167.27 |
| Incentive Ancillary E | 06/22/2025 – 06/28/2025 | 3 | 10 | 30.00 | | |
| Incentive Ancillary E | 06/29/2025 – 07/05/2025 | 14.5 | 10 | 145.00 | 136.5 | 1,365.00 |
| Incentive Ancillary | 06/22/2025 – 06/28/2025 | 3.1 | 5 | 15.50 | | |
| Incentive Ancillary | 06/29/2025 – 07/05/2025 | 7 | 5 | 35.00 | 166 | 830.00 |
| Meeting | 06/22/2025 – 06/28/2025 | 1.5 | 22.89 | 34.34 | 2.6 | 59.52 |
| Overtime Evening | 06/22/2025 – 06/28/2025 | 3.9 | 38.185 | 148.93 | | |
| Overtime Evening | 06/29/2025 – 07/05/2025 | 12.1 | 39 | 471.92 | 118.6 | 4,618.51 |
| Overtime Night | | | 0 | | 0.6 | 23.44 |
| Overtime | 06/29/2025 – 07/05/2025 | 7.4 | 37.17 | 275.07 | 51.9 | 1,936.05 |
| PTO Evening | | | 0 | | 58 | 1,384.32 |
| PTO | | | 0 | | 28 | 640.92 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 222.32 | 2,412.89 |
| Medicare | 52.00 | 564.31 |
| Federal Withholding | 11.76 | 433.61 |
| State Tax - PA | 110.08 | 1,194.76 |
| SUI-Colleague Paid - PA | 2.63 | 28.92 |
| City Tax - SLSBY | 35.86 | 389.19 |
| PA LST - SLSBY | 2.00 | 28.00 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Evening | 06/22/2025 - 06/28/2025 | 16.6 | 24.72 | 410.36 | | |
| Regular Evening | 06/29/2025 - 07/05/2025 | 12.6 | 24.72 | 311.48 | 371 | 9,171.25 |
| Regular Night | | 0 | | | 1.3 | 32.75 |
| Regular | 06/22/2025 - 06/28/2025 | 15.3 | 22.89 | 350.22 | | |
| Regular | 06/29/2025 - 07/05/2025 | 14.9 | 22.89 | 341.07 | 301.1 | 6,892.35 |
| Sick Evening | | 0 | | | 29.22 | 722.32 |
| Sick | | 0 | | | 16 | 366.24 |
| Earnings | | | | 3,757.21 | | 44,013.92 |

## Employee Taxes

| | Amount | YTD |
|---|---|---|
| Employee Taxes | 436.65 | 5,051.68 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| | 75.15 | 826.45 |
| 403(b) Employee | 31.00 | 434.00 |
| Benefits Comprehensive Dental Employee | 9.76 | 136.64 |
| Benefits Vision Employee Buy Up Plan | 40.00 | 560.00 |
| Benefits Flexible Spending Account Health | 90.66 | 1,269.24 |
| LVHN Health Plan PPO - EE | | |
| Pre Tax Deductions | 246.57 | 3,226.33 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| | 14.76 | 206.64 |
| Benefits Supplemental Life and ADD | 42.62 | 586.68 |
| 403(b) Loan (Employee Loan 1) | | |
| Post Tax Deductions | 57.38 | 803.32 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| | 37.58 | 413.25 |
| 403(b) Employer Match | 1.29 | 18.06 |
| Benefits Basic Life Employer | 5.49 | 76.86 |
| Benefits Long Term Disability | 700.07 | 9,800.98 |
| LVHN Health Plan PPO - ER | 4.62 | 64.68 |
| Benefits Short Term Disability | | |
| Employer Paid Benefits | 749.05 | 10,373.83 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,585.79 | 38,917.62 |
| Medicare - Taxable Wages | 3,585.79 | 38,917.62 |
| Federal Withholding - Taxable Wages | 3,510.64 | 38,091.17 |
| State Tax Taxable Wages - PA | 3,585.79 | 38,917.62 |
| City Tax Taxable Wages - SLSBY | 3,585.79 | 38,917.62 |

| | Federal | State |
|---|---|---|
| | Head of Household | |
| Marital Status | | 0 |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | LVHN | ******7024 | | 3,016.61 USD |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 06/15/2025 - 06/21/2025 | 19.4 | 22.89 | 444.07 | 270.9 | 6,201.06 |
| Sick Evening | | | 0 | | 29.22 | 722.32 |
| Sick | | | 0 | | 16 | 366.24 |
| Unpaid Furlough P1 | 06/08/2025 - 06/21/2025 | 10 | 0 | 0.00 | | 0.00 |
| **Earnings** | | | | **4,327.92** | | **40,051.89** |

| | Amount | YTD |
|---|---|---|
| Employee Taxes | 626.98 | 4,615.03 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 86.56 | 751.30 |
| Benefits Comprehensive Dental Employee | 31.00 | 403.00 |
| Benefits Vision Employee Buy Up Plan | 9.76 | 126.88 |
| Benefits Flexible Spending Account Health | 40.00 | 520.00 |
| LVHN Health Plan PPO - EE | 90.66 | 1,178.58 |
| **Pre Tax Deductions** | **257.98** | **2,979.76** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 14.76 | 191.88 |
| 403(b) Loan (Employee Loan 1) | 42.62 | 554.06 |
| **Post Tax Deductions** | **57.38** | **745.94** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 43.28 | 375.67 |
| Benefits Basic Life Employer | 1.29 | 16.77 |
| Benefits Long Term Disability | 5.49 | 71.37 |
| LVHN Health Plan PPO - ER | 700.07 | 9,100.91 |
| Benefits Short Term Disability | 4.62 | 60.06 |
| **Employer Paid Benefits** | **754.75** | **9,624.78** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,156.50 | 35,331.83 |
| Medicare - Taxable Wages | 4,156.50 | 35,331.83 |
| Federal Withholding - Taxable Wages | 4,069.94 | 34,580.53 |
| State Tax Taxable Wages - PA | 4,156.50 | 35,331.83 |
| City Tax Taxable Wages - SLSBY | 4,156.50 | 35,331.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | LVHN | ******7024 | | 3,385.58    USD |

Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
John Rivera    4212 Greenfield Rd Bethlehem, PA 18017

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Rivera | Lehigh Valley Hospital | 236953 | 06/08/2025 | 06/21/2025 | 06/26/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 204.82 | 0.00 | 0.00 | 0.00 | 204.82 |
| YTD | 40,256.71 | 2,979.76 | 4,615.03 | 745.94 | 31,915.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1:1 NSP Evening | | | | | 0 | 52 | 1,285.47 |
| 1:1 NSP Night | | | | | 0 | 0.1 | 2.52 |
| 1:1 NSP OT Evenin | | | | | 0 | 3.9 | 152.35 |
| 1:1 NSP OT Night | | | | | 0 | 0.3 | 11.87 |
| 1:1 NSP OT | | | | | 0 | 4.2 | 156.46 |
| 1:1 NSP | | | | | 0 | 32.2 | 737.09 |
| 1:1 Other Evening | | | | | 0 | 18.7 | 462.29 |
| 1:1 Other Night | | | | | 0 | 0.3 | 7.56 |
| 1:1 Other OT Eveni | | | | | 0 | 1 | 39.74 |
| 1:1 Other OT | | | | | 0 | 6.1 | 231.23 |
| 1:1 Other | | | | | 0 | 10.6 | 242.65 |
| 1:1 SP Evening | | | | | 0 | 78.9 | 1,950.48 |
| 1:1 SP Night | | | | | 0 | 1 | 25.20 |
| 1:1 SP OT Evening | | | | | 0 | 25.1 | 984.56 |
| 1:1 SP OT Night | | | | | 0 | 0.6 | 23.75 |
| 1:1 SP OT | | | | | 0 | 20.7 | 773.99 |
| 1:1 SP | | | | | 0 | 85.3 | 1,952.59 |
| Adjustment Health | | | | | 0 | 0 | -1.50 |
| Education Mandato | | | | | 0 | 10.8 | 247.23 |
| Emergency PTO Ev | | | | | 0 | 8 | 197.76 |
| Emergency PTO | | | | | 0 | 4 | 91.56 |
| Expense Reimburs | 06/08/2025 - 06/21/2025 | 0 | | 204.82 | 0 | 2,696.42 |
| Float Diff | | | | | 0 | 1255.82 | 2,511.64 |
| Incentive Ancillary E | | | | | 0 | 119 | 1,190.00 |
| Incentive Ancillary | | | | | 0 | 155.9 | 779.50 |
| Meeting | | | | | 0 | 1.1 | 25.18 |
| Overtime Evening | | | | | 0 | 102.6 | 3,997.66 |
| Overtime Night | | | | | 0 | 0.6 | 23.44 |
| Overtime | | | | | 0 | 44.5 | 1,660.98 |
| PTO Evening | | | | | 0 | 56 | 1,384.32 |
| PTO | | | | | 0 | 28 | 640.92 |
| Regular Evening | | | | | 0 | 341.8 | 8,449.41 |
| Regular Night | | | | | 0 | 1.3 | 32.75 |
| Regular | | | | | 0 | 270.9 | 6,201.06 |
| Sick Evening | | | | | 0 | 29.22 | 722.32 |
| Sick | | | | | 0 | 16 | 366.24 |
| Earnings | | | | 204.82 | | 40,256.71 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| | 0.00 | 2,190.57 |
| OASDI | 0.00 | 512.31 |
| Medicare | | 421.85 |
| Federal Withholding | | 1,084.68 |
| State Tax - PA | | 26.29 |
| SUI-Colleague Paid - PA | 0.00 | 353.33 |
| City Tax - SLSBY | | 26.00 |
| PA LST - SLSBY | | |
| Employee Taxes | 0.00 | 4,615.03 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| | | 751.30 |
| 403(b) Employee | | 403.00 |
| Benefits Comprehensive Dental Employee | | 126.88 |
| Benefits Vision Employee Buy Up Plan | | 520.00 |
| Benefits Flexible Spending Account Health | | 1,178.58 |
| LVHN Health Plan PPO - EE | | |
| Pre Tax Deductions | 0.00 | 2,979.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | | 191.88 |
| 403(b) Loan (Employee Loan 1) | | 554.06 |
| Post Tax Deductions | 0.00 | 745.94 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | | 375.67 |
| Benefits Basic Life Employer | | 16.77 |
| Benefits Long Term Disability | | 71.37 |
| LVHN Health Plan PPO - ER | | 9,100.91 |
| Benefits Short Term Disability | | 60.06 |
| Employer Paid Benefits | 0.00 | 9,624.78 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 35,331.83 |
| Medicare - Taxable Wages | 0.00 | 35,331.83 |
| Federal Withholding - Taxable Wages | 0.00 | 34,580.53 |
| State Tax Taxable Wages - PA | 0.00 | 35,331.83 |
| City Tax Taxable Wages - SLSBY | 0.00 | 35,331.83 |

| | Federal | State |
|---|---|---|
| | Head of Household | |
| Marital Status | 0 | 0 |
| Allowances | 0 | 0 |
| Additional Withholding | | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | LVHN | ****7024 | | 204.82   USD |