United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-13326-pmm
John V. Rivera, Jr.                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John V. Rivera, Jr., 4212 Greenfield Road, Bethlehem, PA 18017-9178 |
| 15043751 | + | LAKEVIEW LOAN SERVICING LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15041742 | ^ | MEBN | Dec 19 2025 00:48:02 | Aidvantage, Po Box 3229, Wilmington, DE 19804-0229 |
| 15041741 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 19 2025 00:55:26 | Aidvantage, Aidvantage ? Federal Student Aid Loan Se, Po Box 300001, Greenville, TX 75403-3001 |
| 15041744 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 19 2025 00:52:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15041743 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 19 2025 00:52:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 15042903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:09 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15043152 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:09 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15041745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15041746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15049454 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2025 00:55:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15056477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:16 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15041747 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2025 00:55:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15041748 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2025 00:55:17 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15041750 | + | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15041749 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Dec 18, 2025 | Form ID: 155 | Total Noticed: 24

| | | | |
|---|---|---|---|
| | | Dec 19 2025 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15051743 | ^ MEBN | | |
| | | Dec 19 2025 00:47:47 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15041752 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 19 2025 00:55:10 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15041751 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 19 2025 00:55:27 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15043125 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 19 2025 00:55:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15053578 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 19 2025 00:55:17 | Lawnwood Regional Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 15041753 | Email/Text: camanagement@mtb.com | | |
| | | Dec 19 2025 00:52:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15041754 | Email/Text: camanagement@mtb.com | | |
| | | Dec 19 2025 00:52:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15055500 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 19 2025 00:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor John V. Rivera  Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                     User: admin                          Page 3 of 3
Date Rcvd: Dec 18, 2025                  Form ID: 155                    Total Noticed: 24
TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| John V. Rivera Jr. | ) | Case No. 25−13326−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 18, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court