**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JOHN V. RIVERA, JR.                 :   CHAPTER 13
                                             :
         Debtor(s)                           :   BANKRUPTCY NO. 25-13326PMM

**ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter

13 Plan (docket # 35, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #37) is **approved**.

_Patricia M. Mayer_

Date:    8/6/26                              _____
                                            PATRICIA M. MAYER
                                            U.S. BANKRUPTCY JUDGE