Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John V. Rivera, Jr.
4212 Greenfield Road
Bethlehem, PA 18017

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-13326-PMM**

Petition Filed Date: 08/21/2025
341 Hearing Date: 09/16/2025
Confirmation Date: 12/18/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/08/2025 | $350.00 | 55017561294 | 10/21/2025 | $350.00 | 55017562011 | 11/25/2025 | $268.00 | 55017559894 |
| 12/29/2025 | $268.00 | 55017564426 | 02/03/2026 | $268.00 | 55017566237 | 02/24/2026 | $268.00 | 55017566695 |
| 03/24/2026 | $268.00 | 38085725597 | 04/28/2026 | $268.00 | 55221189698 | 06/04/2026 | $268.00 | 19830135216 |
| 06/24/2026 | $268.00 | 55221194275 | 07/28/2026 | $52.00 | 55221194961 | 07/28/2026 | $268.00 | 19830135340 |

**Total Receipts for the Period: $3,164.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,164.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,000.00 | $2,920.34 | $79.66 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,339.08 | $0.00 | $1,339.08 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $247.97 | $0.00 | $247.97 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $5,322.21 | $0.00 | $5,322.21 |
| 4 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 5 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $172.32 | $0.00 | $172.32 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $205.00 | $0.00 | $205.00 |
| 7 | CARVANA, LLC/BRIDGECREST<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CARVANA, LLC/BRIDGECREST<br>»» 07U | Unsecured Creditors | $3,732.99 | $0.00 | $3,732.99 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $448.77 | $0.00 | $448.77 |
| 10 | HANOVER TOWNSHIP<br>»» 009 | Secured Creditors | $2,354.71 | $0.00 | $2,354.71 |

**Chapter 13 Case No. 25-13326-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,164.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $2,920.34 | Arrearages: | $320.00 |
| Paid to Trustee: | $243.66 | Total Plan Base: | $18,844.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.